## F. M. Lewis, Appellant, v. John Groetzinger, Constable, and Al. Young.

Argued April 12, 1899. Appeal, No. 75, April T., 1899, by plaintiff, from judgment of C. P. No. 2, Allegheny Co., Oct. T., 1896, No. 513, on verdict for defendants. Before RICE, P. J., BEAVER, ORLADY, SMITH, W. W. PORTER, W. D. PORTER and BEEBER, JJ. Appeal quashed. Per curiam.

This case was argued with the preceding case, No. 74, April term, 1889, F. M. Lewis, plaintiff, claiming $500 damages for similar cause of action.

Verdict and judgment for defendants. Plaintiff appealed.

*J. A. Wakefield*, with him *W. G. Negley*, for appellant.

*Henry E. Lineaweaver*, with him *Stone & Potter*, for appellees.—Motion to quash the appeal for the reasons given in the preceding case.

PER CURIAM, May 18, 1899:

This case is in the same situation as No. 74, April term, 1899, and for the reasons there given the defendant's motion is allowed, and the appeal is quashed at the costs of the appellant.